**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In re:   Goran Delipara, | Case No. 24-25420-beh |
| Debtor. | Chapter 13 Proceedings |

**NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

     Goran Delipara filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

     If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

     File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

     If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

     If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

**REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

   _X_ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
   __ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

     **a.** Section 3.5     Surrender of collateral.

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

☒ The debtor surrenders to each creditor listed below the collateral that secures the creditor's claim. As to those creditors, entry of an order confirming this plan immediately (1) terminates the stay under 11 U.S.C. § 362(a) as to the collateral only, (2) terminates any stay under 11 U.S.C. § 1301, (3) abandons the collateral under 11 U.S.C. § 554(b), (4) satisfies each creditor's allowed secured claim in full, and (5) pays any allowed unsecured claim in the manner provided for in Part 5. Unless otherwise ordered, confirmation of the plan does not preclude requests to determine the secured and unsecured amounts of claims provided for by this Part 3.5.

| Name of Creditor | Collateral |
|---|---|
| Wells Fargo Dealer Services | 2019 Lincoln Navigator 100,000 miles |

    **b.** Claim no. 10 filed by the Milwaukee County Treasurer (rather than City of Oak Creek) for real estate taxes will be paid as follows: the pre-petition taxes and special charges will be paid pro rata at 12% interest, and the pre-petition interest, penalties, and costs will be paid pro rata at 0% interest.

    **c.** The secured claims of the Wisconsin Department of Revenue shall be removed from section 3.2 and paid pursuant to section 3.3.

    **d.** Proofs of claim no. 15, 16, 17, 18 and 19 of Ivanovic Law Offices shall be treated as priority claims pursuant to §507(a)(1) and paid in full inside the plan.

    **e.** Debtor's plan payment shall increase to $3,815/month and continue to be made debtor direct.

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

## CERTIFICATION

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 6th day of June, 2025.

/s/ Todd C. Esser
Todd C. Esser
Attorney for Debtor
ESSERLAW LLC
11805 West Hampton Ave.
Milwaukee, WI 53225
414-461-7000 (t)
414-461-8860 (f)
nancyl@esserlaw.com